IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| KATE TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:15-CV-00018-D |
| OBX RESORT, LLC, | ) | |
| d/b/a HILTON GARDEN INN, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER ON DEFENDANT'S MOTION TO DISMISS RETALIATION AND SEXUAL HARASSMENT CLAIMS PURSUANT TO Fed. R. Civ. P. 12(b)(6)

By the signatures of their counsel to this Agreed Order, the parties to this action agree and stipulate as follows:

1. Defendant's Motion to Dismiss Retaliation and Sexual Harassment Claims Pursuant to Fed. R. Civ. P. 12(b)(6) is withdrawn.

2. Plaintiff is not asserting a claim or bringing an action against Defendant for sexual harassment or Title VII retaliation, and is not seeking relief (including damages) from Defendant for sexual harassment or Title VII retaliation.

3. Defendant will file its responsive pleading to Plaintiff's Complaint within 14 days of the date this Agreed Order was entered by the court.

So ORDERED. This _10_ day of July 2015.

JAMES C. DEVER III
Chief United States District Judge